### 35544. Charles S. Martin Distributing Co., Inc. *v.* Mason & Dixon Motor Lines, Inc.

Felton, C. J. This court has no jurisdiction of a writ of error from the Civil Court of Fulton County in a case involving more than $300 where the bill of exceptions, assigning error on a judgment entered November 16, 1954, was not tendered to the trial judge until December 2, 1954, more than 15 days after the judgment complained of. *Allen* v. *Hix Green Buick Co.,* 78 *Ga. App.* 34 (50 S. E. 2d 167); *Wood* v. *Malone,* 78 *Ga. App.* 309 (50 S. E. 2d 707); *Delta Heating Co.* v. *General Casualty Co.,* 90 *Ga. App.* 840 (84 S. E. 2d 478); *Dillon* v. *Continental Trust Co.,* 179 *Ga.* 198 (6) (175 S. E. 652).

*Writ of error dismissed. Quillian and Nichols, JJ., concur.*

Decided March 3, 1955.

*Charles L. Henry,* for plaintiff in error.
*Fisher & Phillips, T. Charles Allen,* contra.